UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL HARRISON, | No. C 15-2270 MEJ (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. / | |

    This action is dismissed because this Court lacks authority to entertain a second or successive petition until the court of appeals authorizes such a petition to be filed.

    IT IS SO ORDERED AND ADJUDGED.

DATED: _____  _____

                                                                                                    Maria-Elena James
                                                                                                    United States Magistrate Judge